JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RINO RAMIREZ, | ) | NO. SA CV 16-1496-CJC(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| JOHN DOE, SHERIFF DEPUTIES OF ORANGE COUNTY, | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: October 9, 2018.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE